U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 FEB 23  AM 10: 46

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MARK STEYN ENTERPRISES (US) Inc., ) <br> MARK STEYN, ) <br>    Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CRTV LLC, ) <br>    Defendant ) | Civ. Action No. 2:17-cv-29 |

## RULE 7.1 DISCLOSURE STATEMENT

**NOW COME** Mark Steyn Enterprises and Mark Steyn and hereby state that there is no parent corporation or publicly held corporation owning 10% or more of its stock in Mark Steyn Enterprises.

DATED at Burlington, Vermont, this 22nd day of February, 2017.

MARK STEYN, chairman, MARK STEYN ENTERPRISES (US) Inc.

By: _____
Catherine E. Clark, Esq.
Clark, Werner & Flynn, P.C.
192 College Street
Burlington, Vermont 05401
802 865-0088
catherineclark@cwf-pc.com
Attorneys for Plaintiffs