UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 MAR -2  PM 1:53

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| MARK STEYN ENTERPRISES (US) Inc., ) <br> MARK STEYN, ) <br>     Plaintiffs ) <br> ) <br>     v. ) <br> ) <br> CRTV LLC, ) <br>     Defendant ) | Civ. Action No. 2:17-cv-00029-cr |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

NOW COME plaintiffs, by and through their attorneys, Catherine E. Clark and Clark, Werner & Flynn, P.C., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby give notice of dismissal of the above-captioned matter, without prejudice, as follows:

    1.    Rule 41(a)(1)(A)(i) provides that plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and that (B) unless otherwise stated the dismissal is without prejudice.

    2.    Here, defendant has neither served an answer nor a motion for summary judgment.

WHEREFORE plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated at Burlington, Vermont, this 2nd day of March, 2017

                                                      MARK STEYN ENTERPRISES (US) Inc.

                                                      MARK STEYN

                            By: _____
                                       Catherine E. Clark, Esq.
                                       Clark, Werner & Flynn, P.C.

192 College Street  
Burlington, VT 05401  
802 865-0088  
catherineclark@cwf-pc.com  
Attorneys for Plaintiffs